

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| ERNESTO SOTO, | § | |
| | | No. 08-14-00262-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 327th District Court |
| GEORGE YAPOR, | § | |
| | | of El Paso County, Texas |
| Appellee. | § | |
| | | (TC# 2012-DCV05685) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 18TH DAY OF FEBRUARY, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.